No. D–874. IN RE DISBARMENT OF PEIPER. It is ordered that Jordan L. Peiper, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–875. IN RE DISBARMENT OF STONER. It is ordered that Carl B. Stoner, Jr., of Harrisburg, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 88–931. CRANDON ET AL. *v.* UNITED STATES; and

No. 88–938. BOEING CO., INC. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, 490 U. S. 1003.] Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 89–542. PERPICH, GOVERNOR OF MINNESOTA, ET AL. *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 8th Cir. [Certiorari granted, 493 U. S. 1017.] Motion of National Guard Association of the United States et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for argument denied.

No. 89–700. ASTROLINE COMMUNICATIONS COMPANY LIMITED PARTNERSHIP *v.* SHURBERG BROADCASTING OF HARTFORD, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 493 U. S. 1018.] Motion of Committee to Promote Diversity for leave to file a brief as *amicus curiae* granted.

No. 89–742. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION *v.* YOUNGBLOOD. C. A. 5th Cir. [Certiorari granted *sub nom. Lynaugh* v. *Youngblood*, 493 U. S. 1001.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 89–6428. IN RE MADSON. Petition for writ of habeas corpus denied.

No. 89–1106. TRINOVA CORP. *v.* MICHIGAN DEPARTMENT OF TREASURY. Sup. Ct. Mich. Certiorari granted.